

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:17-MJ-00107 SAB |
| vs. | ) | ORDER OF RELEASE |
| CYRUS L. BURROUGHS, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on January 31, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 1/31/18

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1

cc: copy to USM, Fresno, on 1/31/2018