# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CYRUS L. BURROUGHS,<br><br>  Defendant. | Case No. 1:17-mj-00107-SAB<br><br>ORDER TERMINATING PROBATION AND VACATING FEBRUARY 20, 2020 PROBATION REVIEW HEARING |

On February 21, 2019, Defendant Cyrus L. Burroughs admitted to a violation of his probation and was sentenced. (ECF No. 30.) A probation review hearing was set for February 20, 2020 before the undersigned. (Id.) On February 18, 2020, a notice of death of the defendant was filed.

Due to the death of the defendant, IT IS HEREBY ORDERED THAT:

1. Probation in this matter is TERMINATED;
2. The probation review hearing set for February 20, 2020 is VACATED; and
3. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: __February 19, 2020__

_____
UNITED STATES MAGISTRATE JUDGE

1